**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 17-6217**

RONNIE MATTHEWS COUSINS,

Plaintiff - Appellant,

v.

JUSTIN R. ARONSON, Police Officer/Sergeant #354,

Defendant - Appellee.

**No. 17-6339**

RONNIE MATTHEWS COUSINS,

Plaintiff - Appellant,

v.

JUSTIN R. ARONSON, Police Officer/Sergeant #354,

Defendant - Appellee.

Appeals from the United States District Court for the Eastern District of Virginia, at Alexandria.  Claude M. Hilton, Senior District Judge.  (1:15-cv-01505-CMH-JFA)

Submitted:  June 22, 2017                    Decided:  June 27, 2017

Before GREGORY, Chief Judge, and FLOYD and HARRIS, Circuit Judges.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Ronnie Matthews Cousins, Appellant Pro Se. Julie A. C. Seyfarth, Assistant County Attorney, Emily Claire Russell, CHESTERFIELD COUNTY ATTORNEY'S OFFICE, Chesterfield, Virginia, for Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

In these consolidated appeals, Ronnie Matthews Cousins appeals the district court's orders denying relief on his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Cousins v. Aronson*, No. 1:15-cv-01505-CMH-JFA (E.D. Va. Jan. 10, 2017; Feb. 14, 2017; Feb. 17, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*